# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Terrance D Ramsey, Sr. | ) | Chapter 13 |
| | ) | Case No. 18 B 25486 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Terrance D Ramsey, Sr.
1617 N Latrobe Ave
Chicago, IL 60639

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On May 08, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, May 1, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On September 11, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on November 07, 2018, for a term of 60 months with payments of $565.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 7 | $5,772.00 | $3,956.00 | $1,816.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 04/30/2019
Due Each Month: $565.00
Next Pymt Due: 05/11/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/08/2018 | 5297979000 | $565.00 | 11/08/2018 | 5378862000 | $565.00 |
| 12/10/2018 | 5454665000 | $565.00 | 01/07/2019 | 5522748000 | $565.00 |
| 02/04/2019 | 5593442000 | $565.00 | 02/25/2019 | 5642045000 | $2,676.00 |
| 03/05/2019 | 5679184000 | $565.00 | 03/11/2019 | 5642045000 | -$2,676.00 |
| 04/08/2019 | 1100939785 | $566.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE